# United States Bankruptcy Court
### Northern District of Illinois
### 219 South Dearborn
### Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

|  |  |
|---|---|
| Date | 08/29/2016 |
| Adversary Case Number | 15-00149 |
| Case Name | Caesars Entertainment Operating Co Inc et v BOKF NA et al |
| Notice of Appeal Filed | 08/26/2016 |
| Appellant | BOKF NA Wilmington Savings Fund Society FSB et al |
| District Court Number | |
| District Court Judge | |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Sir:

Pursuant to **Bankruptcy Rule 8003** transmitted herewith is the Notice of Appeal.

- [✓] Notice of Appeal
- [ ] Cross Appeal
- [ ] D.C. Civil Coversheet
- [✓] Transmittal Letter
- [ ] NOA Unpaid Fee Due
- [✓] Copy of Docket Sheet
- [✓] Judgment/Order Being Appealed
- [ ] Informa Pauperis

Additional Items Included

- [ ]

Previous D C Judge _____  Case Number _____

By Deputy Clerk  Haley F Poindexter

Rev 03/2015bb