# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | August 26, 2016 |
| **Bankruptcy Case** | No. 15 B 01145 | **Adversary** | No. 15 A 149 |

**Brief Statement of Motion**

Caesars Entertainment Operating Co., Inc. v. BOKF, N.A.

Order denying debtors' motion to extend section 105 injunction (Dkt. No. 284)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

This matter came before the court for ruling after an evidentiary hearing on the debtors' motion to extend the section 105 injunction that expires on August 29, 2016. The court having heard the evidence and having made findings of fact and conclusions of law on the record in open court, IT IS HEREBY ORDERED:

The motion is denied.