# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> CAESARS ENTERTAINMENT OPERATING COMPANY, INC., ET AL., <br><br> *Debtors.* | Dist. Ct. No. 1:16-cv-08423 <br> Hon. Matthew F. Kennelly <br> U.S. District Judge |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., ET AL., <br><br> *Appellants,* <br> v. <br><br> BOKF, N.A., WILMINGTON SAVINGS FUND SOCIETY, FSB, MEEHANCOMBS GLOBAL CREDIT OPPORTUNITIES MASTER FUND, LP, RELATIVE VALUE-LONG/SHORT DEBT PORTFOLIO, A SERIES OF UNDERLYING FUNDS TRUST, SB 4 CF LLC, CFIP ULTRA MASTER FUND, LTD., TRILOGY PORTFOLIO COMPANY, LLC, AND FREDRICK BARTON DANNER, <br><br> *Appellees.* | Bankr. Ct. No. 15-01145 <br> Adv. Proc. No. 15-100149 <br> Hon. A. Benjamin Goldgar <br> U.S. Bankruptcy Judge |

# ORDER

At Chicago this 29th day of August, 2016, having considered the Debtors' *Emergency Motion For Administrative Relief* and *Emergency Motion To Maintain The Status Quo By Enjoining The Guaranty Actions Pending Appeal And To Expedite The Appeal* (the "Motions").

IT IS HEREBY ordered that:

1. The Debtors' Motions are GRANTED insofar that the portion of the bankruptcy court's June 15, 2016 Order [Bankr. No. 15-00149, Dkt. No. 274] providing that the injunction entered on June 15, 2016 would expire at "the close of business on August 29, 2016" is modified to replace "August 29, 2016" with "September 16, 2016."

August 29, 2016

HON. MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE