## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Caesar's Entertainment | ) | Case No: **16 C 8423** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| BOKF, N.A. et al | ) | |

### **ORDER**

Motion for administrative relief [19] and motion to maintain status quo[22] are granted in part. Appellant's opening brief is due by 9/9/2016. Appellees' response is due 9/23/23016. Appellant's reply is due by 9/30/2016. Supplemental designation of the record on appeal is due 9/7/2016. Motions [14][25][32][39] for leave to file, are granted.
Oral argument is set for 10/5/2016, at 10:00 a.m.

Date: August 31, 2016

ROBERT W. GETTLEMAN