UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al., | ) ) ) |
| Plaintiffs-Appellants, | ) Case No. 1:16-cv-08423 ) |
| v. | ) Judge Robert W. Gettleman ) |
| BOKF, N.A., WILMINGTON SAVINGS FUND SOCIETY, FSB, RELATIVE VALUE-LONG/SHORT DEBT PORTFOLIO, A SERIES OF UNDERLYING FUNDS TRUST, TRILOGY PORTFOLIO COMPANY, LLC and FREDERICK BARTON DANNER, | ) ) ) ) ) ) ) |
| Defendants-Appellees. | ) |

### **DEFENDANT'S MOTION FOR WITHDRAWAL OF EDMUND S. ARONOWITZ**

Defendant-Appellee Frederick Barton Danner, by his attorneys, hereby moves the Court for an Order withdrawing the appearance of Edmund S. Aronowitz as his attorney of record. Mr. Aronowitz is no longer associated with Grant and Eisenhofer P.A., and no longer represents Defendant-Appellee in this case. Counsel of record from Grant and Eisenhofer P.A. continue to represent the Defendant-Appellee in this matter and should continue to receive service of all future pleadings, notices and filings.

Dated: September 8, 2016

                                                    Respectfully submitted,


                                        By    */s/ John E. Tangren*
                                              One of Plaintiff's Attorneys

John E. Tangren, Esq.
GRANT AND EISENHOFER P.A.
30 South LaSalle Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 214-0000
Fax: (312) 214-0001

## **CERTIFICATE OF SERVICE**

  I, John E. Tangren, an attorney, certify that the foregoing Defendant-Appellee's Motion for Withdrawal of Edmund S. Aronowitz was filed electronically with the Clerk of the Court using the CM/ECF system, which automatically provides notification of such filing to all registered users on this 8th day of September, 2016.

               Respectfully submitted,

            By  */s/ John E. Tangren*
               One of Plaintiff's Attorneys