## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) ) | Case No. 15-01145 (ABG) |
| | ) | |
| *Debtors.* | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al., | ) ) | Chapter 11 |
| | ) | Adversary Case No. 15-00149 |
| *Plaintiffs,* | ) | |
| v. | ) | |
| | ) | |
| BOKF, N.A., WILMINGTON SAVINGS FUND SOCIETY, FSB, RELATIVE VALUE-LONG/SHORT DEBT PORTFOLIO, A SERIES OF UNDERLYING FUNDS TRUST, TRILOGY PORTFOLIO COMPANY, LLC, and FREDERICK BARTON DANNER, | ) ) ) ) ) ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

### APPELLANTS' DESIGNATION OF THE CONTENTS OF THE RECORD AND STATEMENT OF ISSUE ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellants file this Designation of the Contents of the Record and Statement of Issues regarding the Debtors' Notice of Appeal (Dkt. 344) filed pursuant to Bankruptcy Rule 8003 and 28 U.S.C. § 158, from the Order (Dkt. 342) entered on August 26, 2016.

---

[1] A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.primeclerk.com/CEOC.

# I.     DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

### A.     Docket Entries from Case No. 15-00149

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 1. | 1 | 3/11/2015 | Complaint by Caesars Entertainment Operating Company, Inc., et al. against BOKF, N.A., Wilmington Savings Fund Society, FSB, MeehanCombs Global Credit Opportunities Master Fund, LP, Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, SB 4 CF LLC, CFIP Ultra Master Fund, Ltd., Trilogy Portfolio Company, LLC, Frederick Barton Danner. |
| 2. | 4 | 3/11/2015 | Notice of Motion and Motion To Stay Continued Prosecution of Four Lawsuits in two Federal and State Courts, Notice of Motion and Motion to Enforce the Automatic Stay Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al. |
| 3. | 5 | 3/11/2015 | Declaration Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al. |
| 4. | 7 | 3/17/2015 | Objection to (related document(s): 4 Motion To Stay, Enforce) Filed by Timothy R Casey on behalf of CFIP Ultra Master Fund, Ltd., MeehanCombs Global Credit Opportunities Master Fund, LP, Relative Value Long/Short Debt Portfolio, A Series of Underlying Funds Trust, SB 4 CF LLC, Trilogy Portfolio Company, LLC |
| 5. | 18 | 3/18/2015 | Objection to (related document(s): 4 Motion To Stay, Enforce) Filed by Edmund Aronowitz on behalf of Frederick Barton Danner |
| 6. | 19 | 3/18/2015 | Declaration Filed by Edmund Aronowitz on behalf of Frederick Barton Danner |
| 7. | 20 | 03/18/2015 | Notice of Motion and Motion to Intervene Complaint for Declaratory and Injunctive Relief Filed by Timothy W Hoffmann on behalf of Official Committee of Second Priority Noteholders. Hearing scheduled for 3/25/2015 at 01:30 PM at 219 South Dearborn, Room 2525, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Hoffmann, Timothy) (Entered: 03/18/2015) |

| Item # | Docket Number | Date | Document Title |
|--------|---------------|------|----------------|
| 8. | 21 | 03/18/2015 | Objection to (related document(s): 4 Motion To Stay, Enforce) Filed by Timothy W Hoffmann on behalf of Official Committee of Second Priority Noteholders (Attachments: # 1 Exhibit A # 2 Main Document) (Hoffmann, Timothy) (Entered: 03/18/2015) |
| 9. | 22 | 3/18/2015 | Objection to (related document(s): 4 Motion To Stay, Enforce) Filed by Mark Page on behalf of Wilmington Savings Fund Society, FSB |
| 10. | 24 | 3/18/2015 | Objection to (related document(s): 4 Motion To Stay, Enforce) Filed by Mark F Hebbeln on behalf of BOKF, N.A. |
| 11. | 25 | 03/18/2015 | Joinder Filed by Jeffrey E Altshul on behalf of Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 (RE: 24 Objection). (Altshul, Jeffrey) (Entered: 03/18/2015) |
| 12. | 27 | 3/18/2015 | Objection to (related document(s): 4 Motion To Stay, Enforce) Filed by Julie A. JohnstonAhlen on behalf of Wilmington Trust, National Association |
| 13. | 29 | 03/18/2015 | Objection to (related document(s): 4 Motion To Stay, Enforce) Filed by Paul V Possinger on behalf of The Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., et al. (Possinger, Paul) (Entered: 03/18/2015) |
| 14. | 33 | 03/19/2015 | Order requiring briefing on standing of nonparties (RE: 1 Complaint). Memorandum due by 3/22/2015. Signed on 3/19/2015 (Huley, Linda) Modified on 3/19/2015 to include text requiring briefing on standing of non-parties (Brown, Venita). (Entered: 03/19/2015) |
| 15. | 47 | 03/20/2015 | Incorrect Event Entered, Filer Notified to Refile Brief In Support of The Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 Relating to Standing to Participate in Adversary Proceeding and Motion to Intervene Filed by Jeffrey E Altshul on behalf of Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018. (Attachments: # 1 Proposed Order) (Altshul, Jeffrey) Modified on 3/23/2015 (Brown, Venita). (Entered: 03/20/2015) |
| 16. | 50 | 03/22/2015 | Memorandum of Law in Support of Statutory Unsecured Claimholders' Committee's Right to Appear and Be Heard in Adversary Proceeding Filed by Brandon Levitan on behalf of The Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., et al. (RE: 33 Order Scheduling). (Levitan, Brandon) (Entered: 03/22/2015) |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 17. | 51 | 03/22/2015 | Memorandum Filed by David J Zott on behalf of Caesars Entertainment Operating Company, Inc., et al. (RE: 33 Order Scheduling). (Zott, David) (Entered: 03/22/2015) |
| 18. | 52 | 03/22/2015 | Memorandum in Support Filed by Julie A. Johnston-Ahlen on behalf of Wilmington Trust, National Association (RE: 33 Order Scheduling). (Johnston-Ahlen, Julie) (Entered: 03/22/2015) |
| 19. | 56 | 03/23/2015 | Objection to (related document(s): 20 Motion to Intervene, 47 Brief) Filed by David J Zott on behalf of Caesars Entertainment Operating Company, Inc., et al. (Entered: 03/23/2015) |
| 20. | 60 | 03/23/2015 | Memorandum of Law in Support of the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018s Notice and Motion to Intervene Filed by Jeffrey E Altshul on behalf of Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 (RE: 20 Motion to Intervene). (Altshul, Jeffrey) (Entered: 03/23/2015) |
| 21. | 66 | 03/24/2015 | Reply in Support to (related document(s): 20 Motion to Intervene) Filed by Timothy W Hoffmann on behalf of Official Committee of Second Priority Noteholders (Hoffmann, Timothy) (Entered: 03/24/2015) |
| 22. | 73 | 03/25/2015 | Order Denying for the Reasons Stated on the Record in open court Motion To Intervene (Related Doc # 20), and Motion to Intervene (Related Doc # 60). Signed on 3/25/2015. (Ross, Demetrius) (Entered: 04/03/2015) |
| 23. | 74 | 03/25/2015 | Order - Objections overruled for the reasons stated on the record. (RE: 21 Objection, 25 Joinder, 27 Objection, 29 Objection). Signed on 3/25/2015 (Ross, Demetrius) (Entered: 04/03/2015) |
| 24. | 75 | 4/10/2015 | Answer to Complaint Filed by Mark Page on behalf of Wilmington Savings Fund Society, FSB. |
| 25. | 76 | 4/10/2015 | Answer to Complaint Filed by Edmund Aronowitz on behalf of Frederick Barton Danner. |
| 26. | 77 | 4/10/2015 | Answer to Complaint Filed by Lars A Peterson on behalf of BOKF, N.A.. |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 27. | 78 | 4/10/2015 | Answer to Complaint and Jury Demand Filed by Timothy R Casey on behalf of CFIP Ultra Master Fund, Ltd., MeehanCombs Global Credit Opportunities Master Fund, LP, Relative ValueLong/ Short Debt Portfolio, A Series of Underlying Funds Trust, SB 4 CF LLC, Trilogy Portfolio Company, LLC. |
| 28. | 84 | 4/15/2015 | Amended Answer to Complaint Filed by Mark Page on behalf of Wilmington Savings Fund Society, FSB. |
| 29. | 116 | 5/11/2015 | Amended Final Pretrial Order. |
| 30. | 117 | 5/12/2015 | List of Witnesses Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al. |
| 31. | 119 | 5/14/2015 | List of Witnesses Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB. |
| 32. | 120 | 5/14/2015 | List of Witnesses Filed by Timothy R Casey on behalf of CFIP Ultra Master Fund, Ltd., MeehanCombs Global Credit Opportunities Master Fund, LP, Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, SB 4 CF LLC, Trilogy Portfolio Company, LLC. |
| 33. | 123 | 5/26/2015 | Joint List of Exhibits Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB. (Hoffmann, Timothy) (Entered: 05/26/2015) |
| 34. | 124 | 5/26/2015 | Supplemental List of Exhibits Filed by Timothy R Casey on behalf of CFIP Ultra Master Fund, Ltd., MeehanCombs Global Credit Opportunities Master Fund, LP, Relative ValueLong/ Short Debt Portfolio, A Series of Underlying Funds Trust, SB 4 CF LLC, Trilogy Portfolio Company, LLC. |
| 35. | 126 | 5/26/2015 | List of Exhibits Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al. |
| 36. | 129 | 5/26/2015 | Brief in Support to (related document(s): 4 Motion To Stay, Enforce) Filed by David J Zott on behalf of Caesars Entertainment Operating Company, Inc., et al. |
| 37. | 130 | 5/29/2015 | Objection to (related document(s): 123 List of Exhibits, 124 List of Exhibits) Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al. |
| 38. | 132 | 5/29/2015 | Brief Joint Pretrial Brief Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB. |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 39. | 133 | 5/29/2015 | Brief (Pretrial), Memorandum Objecting to Jurisdiction and Joinder to Pretrial Brief of Wilmington Savings Fund Society, FSB and BOKF, N.A. Filed by Timothy R Casey on behalf of CFIP Ultra Master Fund, Ltd., Frederick Barton Danner, MeehanCombs Global Credit Opportunities Master Fund, LP, Relative ValueLong/ Short Debt Portfolio, A Series of Underlying Funds Trust, SB 4 CF LLC, Trilogy Portfolio Company, LLC. |
| 40. | 135 | 5/29/2015 | Joint Objection to (related document(s): 126 List of Exhibits) Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB. |
| 41. | 149 | 6/5/2015 | Order Scheduling Post-trial briefs due by 6/26/2015. |
| 42. | 150 | 6/26/2015 | Request Debtors' Request for Judicial Notice Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al. |
| 43. | 151 | 6/26/2015 | Brief in Support to (related document(s): 4 Motion To Stay, Enforce) Filed by David J Zott on behalf of Caesars Entertainment Operating Company, Inc., et al. |
| 44. | 152 | 6/26/2015 | Brief Joint Post Trial Brief of WSFS and BOKF Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB. |
| 45. | 153 | 6/26/2015 | Brief (Post Trial) Filed by Timothy R Casey on behalf of CFIP Ultra Master Fund, Ltd., Frederick Barton Danner, MeehanCombs Global Credit ValueLong/Short Debt Portfolio, A Series of Underlying Funds Trust, SB 4 CF LLC, Trilogy Portfolio Company, LLC. |
| 46. | 156 | 7/08/2015 | Response to (related document(s): 150 Request) Filed by Timothy R Casey on behalf of CFIP Ultra Master Fund, Ltd., Frederick Barton Danner, MeehanCombs Global Credit Opportunities Master Fund, LP, Relative ValueLong/Short Debt Portfolio, A Series of Underlying Funds Trust, SB 4 CF LLC, Trilogy Portfolio Company, LLC |
| 47. | 158 | 7/22/2015 | Memorandum Opinion |
| 48. | 159 | 7/22/2015 | Order Denying in Part and Denying in Part as Moot Debtor's Motion to Stay, or in the Alternative, for Injunctive Relief |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 49. | 160 | 07/24/2015 | Notice of Appeal to District Court. Filed by David R Seligman on behalf of Caesars Entertainment Operating Company, Inc., et al.. Fee Amount $298 (RE: 159 Order (Generic)). Appellant Designation due by 08/7/2015. Transmission of Record Due no later than 08/24/2015. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Civil Cover Sheet)(Seligman, David) (Entered: 07/24/2015) |
| 50. | 162 | 07/24/2015 | Application to Set Hearing on Emergency Motion Filed by David R Seligman on behalf of Caesars Entertainment Operating Company, Inc., et al. (Attachments: # 1 Proposed Order # 2 Exhibit B - Emergency Motion) (Seligman, David) (Entered: 07/24/2015) |
| 51. | 163 | 07/24/2015 | Order Granting Application to Set Hearing on Emergency Motion (Related Doc # 162). Signed on 7/24/2015. (Seamann, Pamela) (Entered: 07/24/2015) |
| 52. | 164 | 07/24/2015 | Notice of Motion and Emergency Motion for Certification of Direct Appeal to Appeal Court Filed by David R Seligman on behalf of Caesars Entertainment Operating Company, Inc., et al.. Hearing scheduled for 7/29/2015 at 09:30 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Seligman, David) (Entered: 07/24/2015) |
| 53. | 169 | 07/28/2015 | Objection to (related document(s): 164 Motion for Certification of Direct Appeal) Filed by Timothy W Hoffmann on behalf of BOKF, N.A., Frederick Barton Danner, Wilmington Savings Fund Society, FSB (Hoffmann, Timothy) (Entered: 07/28/2015) |
| 54. | 171 | 07/28/2015 | Objection to (related document(s): 164 Motion for Certification of Direct Appeal) Filed by Timothy R Casey on behalf of CFIP Ultra Master Fund, Ltd., MeehanCombs Global Credit Opportunities Master Fund, LP, Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, SB 4 CF LLC, Trilogy Portfolio Company, LLC (Casey, Timothy) (Entered: 07/28/2015) |
| 55. | 174 | 07/29/2015 | (E)Order Denying for the Reasons Stated on the Record Motion for Request for Certification of Direct Appeal to Appeal Court (Related Doc # 164 ). Signed on 07/29/2015. (Cox, Adam) (Entered: 07/29/2015) |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 56. | 175 | | Transcript regarding Hearing Held 06/03/2015 |
| 57. | 176 | | Amended Transcript regarding Hearing Held 06/04/2015 |
| 58. | 177 | 07/30/2015 | Appellant Designation of Contents for Inclusion in Record and Statement of Issue On Appeal Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al.. (RE: 160 Notice of Appeal). Appellee designation due by 08/13/2015. (Zeiger, Jeffrey) (Entered: 07/30/2015) |
| 59. | 181 | | Transcript regarding Hearing Held 07-29-2015 |
| 60. | 182 | 8/12/2015 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Timothy W Hoffman on behalf of BOKF, N.A., CFIP Ultra Master Fund, Ltd., Frederick Barton Danner, MeehanCombs Global Credit Opportunities Master Fund, LP, Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, SB 4 CF LLC, Trilogy Portfolio Company, LLC, Wilmington Savings Fund Society, FSB. |
| 61. | 187 | 10/8/2015 | Order By District Court Judge Robert W. Gettleman, Re: Appeal on Civil Action Number: 15-cv-06504, Dated 10/6/2015. The decision of the bankruptcy court is affirmed. |
| 62. | 198 | 2/9/2016 | Notice of intent to take judicial notice of certain facts. (RE: 197 Order Scheduling Ruling Date). |
| 63. | 199 | 2/11/2016 | Notice of Motion and Motion to Approve To Take Judicial Notice Filed by Timothy R Casey on behalf of Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, Trilogy Portfolio Company, LLC. |
| 64. | 201 | 2/15/2016 | Partial Objection to (related document(s): 199 Motion to Approve) Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al. |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 65. | 202 | 2/16/2016 | Notice of Non-Opposition of WSFS and BOKF to Notice of Intent to Take Judicial Notice of Certain Facts Filed by Timothy W Hoffmann on behalf of BOKF, N.A., Wilmington Savings Fund Society, FSB |
| 66. | 203 | 2/16/2016 | Request for Judicial Notice Filed by Timothy W Hoffmann on behalf of BOKF, N.A., Wilmington Savings Fund Society, FSB. |
| 67. | 204 | 02/16/2016 | Notice of Motion and Motion for Leave to to File Supplemental Post-Trial Brief Filed by Timothy W Hoffmann on behalf of BOKF, N.A., Wilmington Savings Fund Society, FSB. Hearing scheduled for 2/22/2016 at 09:30 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit 1) (Hoffmann, Timothy) (Entered: 02/16/2016) |
| 68. | 205 | 2/17/2016 | Order Granting in part, Denying in part Motion to Approve (Related Doc # 199). Signed on 2/17/2016. |
| 69. | 207 | 2/19/2016 | Objection to (related document(s): 203 Request, 204 Motion for Leave) Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al. |
| 70. | 208 | 2/22/2016 | Transcript regarding Hearing Held 02/03/2016. Remote electronic access to the excerpt/transcript is restricted until 05/23/2016. The excerpt/transcript may be viewed at the Bankruptcy Court Clerk's Office. |
| 71. | 209 | 2/22/2016 | Transcript regarding Hearing Held 02/17/2016. Remote electronic access to the excerpt/transcript is restricted until 05/23/2016. |
| 72. | 210 | 2/22/2016 | Transcript regarding Hearing Held 02/22/2016. Remote electronic access to the excerpt/transcript is restricted until 05/23/2016. |
| 73. | 211 | 2/22/2016 | (E)Order Denying for the Reasons Stated on the Record Motion for Leave (Related Doc # [204]). Signed on 02/22/2016. |

| Item # | Docket Number | Date | Document Title |
|--------|---------------|------|----------------|
| 74. | 213 | 2/24/2016 | Order By District Court Judge Robert W. Gettleman, Re: Appeal on Civil Action Number: 15-cv-06504, Dated 2/18/2016. In accordance with the mandate issued by the Seventh Circuit, this case is remanded to the bankruptcy court for further proceedings consistent with the Seventh Circuit's opinion issued on December 23, 2015. |
| 75. | 214 | 2/26/2016 | Order granting in part and continuing in part debtors' motion to stay or in the alternative for injunctive relief. |
| 76. | 215 | 2/26/2016 | Order Scheduling - The court having granted in part and continued in part the pending debtors' motion to stay or in the alternative for injunctive relief, the ruling date of March 2, 2016, is stricken. |
| 77. | 217 | 3/2/2016 | Notice of Motion and Motion for Relief from Judgment or Order (Rule 9024) (related document(s) |
| 78. | 218 | 3/9/2016 | Response to (related document(s): 217 Motion for Relief from Judgment or Order (Rule 9024)) |
| 79. | 219 | 3/10/2016 | Motion is construed as a motion to modify preliminary injunction and is granted. Signed on 3/10/2016. |
| 80. | 235 | 4/28/2016 | Statement REGARDING STATUS OF BOKF SDNY ACTION IN ADVANCE OF STATUS CONFERENCE ON THE NON-ENJOINED ACTIONS Filed by Lars A Peterson on behalf of BOKF, N.A.. |
| 81. | 238 | 5/18/2016 | Order Scheduling (RE: 4 Motion To Stay, Enforce). Hearing continued on 6/7/2016 at 01:30PM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. Signed on 5/18/2016 Ross, Demetrius) (Entered: 05/19/2016) |
| 82. | 239 | 6/6/2016 | Application to Set Hearing on Emergency Motion Filed by David J Zott on behalf of Caesars Entertainment Operating Company, Inc., et al. |

| Item # | Docket Number | Date | Document Title |
|--------|---------------|------|----------------|
| 83. | 240 | 6/6/2016 | Order Granting Application to Set Hearing on Emergency Motion (Related Doc # 239). |
| 84. | 241 | 6/6/2016 | Notice of Motion and Emergency Motion for Temporary Restraining Order, in addition to Notice of Motion and Emergency Motion for Preliminary Injunction Filed by David J Zott on behalf of Caesars Entertainment Operating Company, Inc., et al. |
| 85. | 242 | 06/06/2016 | Statement Mediator's Statement Filed by Timothy W Hoffmann on behalf of Joseph J. Farnan, Jr.. (Hoffmann, Timothy) (Entered: 06/06/2016) |
| 86. | 243 | 6/6/2016 | Transcript regarding Hearing Held 05/04/2016. Remote electronic access to the excerpt/transcript is restricted until 09/6/2016. The excerpt/transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, contact the Court Reporter J Defini, Telephone number 312-987-9722. (RE: related document(s) 216 Hearing Motion Continued). Notice of Intent to Request Redaction Deadline Due By 6/20/2016. Redaction Request Due By 06/27/2016. Redacted Transcript Submission Due By 0717/2016. Transcript access will be restricted through 09/6/2016. (DeFini, Jackie) (Entered: 06/06/20 16) |
| 87. | 244 | 6/7/2016 | Request / Debtors' Request for Judicial Notice Filed by David J Zott on behalf of Caesars Entertainment Operating Company, Inc., et al.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D-1 # 5 Exhibit D-2 # 6 Exhibit D-3 # 7 Exhibit D-4 # 8 Exhibit D-5 # 9 Exhibit D-6 # 10 Exhibit D-7 # 11 Exhibit D-8 # 12 Exhibit E) (Zott, David) (Entered: 06/07/2016) |
| 88. | 248 | 6/7/2016 | Objection to (related document(s): 244 Request) Filed by Timothy R Casey on behalf of Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, Trilogy Portfolio Company, LLC (Casey, Timothy) (Entered: 06/07/2016) |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 89. | 249 | 6/7/2016 | Request DEFENDANTS REQUEST FOR JUDICIAL NOTICE Filed by Lars A Peterson on behalf of BOKF, N.A., Frederick Barton Danner, Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, Trilogy Portfolio Company, LLC, Wilmington Savings Fund Society, FSB. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) (Peterson, Lars) (Entered: 06/07/2016) |
| 90. | 256 | 6/9/2016 | Supplemental Brief in Opposition to (related document(s): 241 Motion for Temporary Restraining Order, Motion for Preliminary Injunction) Filed by Timothy W Hoffmann on behalf of BOKF, N.A., Wilmington Savings Fund Society, FSB (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) |
| 91. | 257 | 6/9/2016 | Request for Judicial Notice Filed by Timothy W Hoffmann on behalf of BOKF, N.A., Wilmington Savings Fund Society, FSB. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Hoffmann, Timothy) (Entered: 06/09/2016) |
| 92. | 262 | 6/10/2016 | Second Request For Judicial Notice Filed by Timothy W Hoffmann on behalf of BOKF, N.A., Wilmington Savings Fund Society, FSB. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Hoffmann, Timothy) (Entered 06/10/2016) |
| 93. | 263 | 6/11/2016 | Supplemental Memorandum / Debtors' Supplemental Memorandum Regarding the Scope of the Court's Section 105 Authority Filed by David J Zott on behalf of Caesars Entertainment Operating Company, Inc., et al.. (Zott, David) (Entered: 06/11/2016) |
| 94. | 264 | 6/12/2016 | Objection to (related document(s): 241 Motion for Temporary Restraining Order, Motion for Preliminary Injunction, 256 Brief) Filed by Timothy R Casey on behalf of Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, Trilogy Portfolio Company, LLC (Casey, Timothy) (Entered: 06/12/2016) |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 95. | 269 | 6/14/2016 | Statement Regarding The Debtors' Emergency Motion For A Temporary Restraining Order And Preliminary Injunction Enjoining The Defendants From Further Prosecuting Their Guaranty Lawsuits Filed by Julie A. Johnston-Ahlen on behalf of Wilmington Trust, National Association (RE: 241 Motion for Temporary Restraining Order, Motion for Preliminary Injunction). (Johnston-Ahlen, Julie) (Entered: 06/14/2016) |
| 96. | 272 | 6/14/2016 | Statement in Support Filed by Brian L Shaw on behalf of Ad Hoc Committee of First Lien Bank Lenders (RE: 241 Motion for Temporary Restraining Order, Motion for Preliminary Injunction). (Shaw, Brian) (Entered: 06/14/2016) |
| 97. | 274 | 6/15/2016 | Order Granting Motion for Temporary Restraining Order (Related Doc 241), Granting Motion for Preliminary Injunction (Related Doc 241).The plaintiffs in the following actions are enjoined from prosecuting the actions against Caesars Entertainment Corp. from the date of this order until the close of business on August 29, 2016; BOKF, N.A. v. Caesars Entm't Corp., No. 15-cv-1561 (JSR) (S.D.N.Y.); Triology Portfolio Co. v. Caesars Entm't Corp., No 14-cv-7091 (JSR) (S.D.N.Y.); Danner v. Caesars Entm't Corp., No. 14-cv-7973 (JSR) (S.D.N.Y.); and Wilmington Sav. Fund Soc., FSB v. Caesars Entm't Corp., No. 10004-VCG (Del.Ch.). Signed on 6/15/2016. (Ross, Demetrius) Signed on 6/15/2016. (Ross, Demetrius) Additional attachment(s) added on 6/15/2016 (Sims, Mildred). Modified on 6/15/2016 to attach corrected PDF (Sims, Mildred). (Entered: 06/15/2016) |
| 98. | 275 | 6/15/2016 | Order Scheduling (RE: 1 Complaint).Status Hearing continued on 8/17/2016 at 01:30PM at 219 South Dearborn, Room 2525, Chicago, Illinois 60604. Signed on 6/15/2016 (Ross, Demetrius) (Entered: 06/15/2016) |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 99. | 279 | 7/11/2016 | Transcript regarding Hearing Held 06/08/2016. Remote electronic access to the excerpt/transcript is restricted until 10/11/2016. The excerpt/transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, contact the Court Reporter J Defini, Telephone number 312-987-9722. (RE: related document(s) 241 Motion for Temporary Restraining Order, Motion for Preliminary Injunction). Notice of Intent to Request Redaction Deadline Due By 7/25/2016. Redaction Request Due By 08/1/2016. Redacted Transcript Submission Due By 08/11/2016. Transcript access will be restricted through 10/11/2016. (DeFini, Jackie) (Entered: 07/11/2016) |
| 100. | 280 | 7/11/2016 | Transcript regarding Hearing Held 06/09/2016 Vol II. Remote electronic access to the excerpt/transcript is restricted until 10/11/2016. The excerpt/transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, contact the Court Reporter J Defini, Telephone number 312-987-9722. (RE: related document(s) [146] Hearing Stricken (Other)). Notice of Intent to Request Redaction Deadline Due By 7/25/2016. Redaction Request Due By 08/1/2016. Redacted Transcript Submission Due By 08/11/2016. Transcript access will be restricted through 10/11/2016. (DeFini, Jackie) (Entered: 07/11/2016) |
| 101. | 281 | 7/11/2016 | Transcript regarding Hearing Held 06/13/2016 Vol III. Remote electronic access to the excerpt/transcript is restricted until 10/11/2016. The excerpt/transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, contact the Court Reporter J Defini, Telephone number 312-987-9722. (RE: related document(s) [259] Hearing Motion Continued). Notice of Intent to Request Redaction Deadline Due By 7/25/2016. Redaction Request Due By 08/1/2016. Redacted Transcript Submission Due By 08/11/2016. Transcript access will be restricted through 10/11/2016. (DeFini, Jackie) (Entered: 07/11/2016) |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 102. | 282 | 7/11/2016 | Transcript regarding Hearing Held 06/15/2016. Remote electronic access to the excerpt/transcript is restricted until 10/11/2016. The excerpt/transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, contact the Court Reporter J Defini, Telephone number 312-987-9722. (RE: related document(s) [266] Hearing Motion Continued). Notice of Intent to Request Redaction Deadline Due By 7/25/2016. Redaction Request Due By 08/1/2016. Redacted Transcript Submission Due By 08/11/2016. Transcript access will be restricted through 10/11/2016. (DeFini, Jackie) (Entered: 07/11/2016) |
| 103. | 283 | 7/20/2016 | Order Setting deadline for and hearing on further motion for injunctive relief. Motion (should one be filed) is due by 8/8/2016, at noon and set for an evidentiary hearing on 8/23/16, at 9:00 a.m. . Exhibit List due by 8/19/2016. Witness List due by 8/19/2016. Objections are optional but if filed are due by 8/19/2016. Signed on 7/20/2016 (Roman, Felipe) (Entered: 07/21/2016) |
| 104. | 284 | 8/8/2016 | Notice of Motion and Motion to Extend Time Regarding the Section 105 Injunction Enjoining Defendants from Further Prosecuting Their Guaranty Lawsuits Filed by David J Zott on behalf of Caesars Entertainment Operating Company, Inc., et al.. Hearing scheduled for 8/23/2016 at 09:00 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Zott, David) (Entered: 08/08/2016) |
| 105. | 285 | 8/8/2016 | Motion to Extend the Section 105 Injunction Enjoining Defendants from Further Prosecuting their Guaranty Lawsuits Filed by Prime Clerk (RE: 284 Motion to Extend Time). (Steele, Benjamin) (Entered: 08/08/2016) |
| 106. | 286 | 08/12/2016 | Notice of Motion and Motion for Protective Order Filed by David J Zott on behalf of Caesars Entertainment Operating Company, Inc., et al. Hearing scheduled for 8/17/2016 at 01:30 PM at 219 South Dearborn, Room 2525, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Zott, David) (Entered: 08/12/2016) |

15

| Item # | Docket Number | Date | Document Title |
|--------|---------------|------|----------------|
| 107. | 287 | 8/12/2016 | Notice of Motion and Motion to Compel Ronen Stauber to Compel Deposition of Ronen Stauber Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB. Hearing scheduled for 8/17/2016 at 09:30 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Hoffmann, Timothy) (Entered: 08/12/2016) |
| 108. | 288 | 8/12/2016 | Declaration of Sidney P. Levinson in Support of Motion of Wilmington Savings Fund Society, FSB to Compel Deposition of Ronen Stauber Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB (RE: 287 Motion to Compel). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Hoffmann, Timothy) (Entered: 08/12/2016) |
| 109. | 290 | 8/16/2016 | Objection to (related document(s): 286 Motion for Protective Order) Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB (Hoffmann, Timothy) (Entered: 08/16/2016) |
| 110. | 293 | 08/16/2016 | Statement / Mediator's Statement Filed by Jeffrey Zeiger on behalf of Joseph J. Farnan, Jr.. (Zeiger, Jeffrey) (Entered: 08/16/2016) |
| 111. | 295 | 8/17/2016 | (E)Order Denying for the Reasons Stated on the Record Motion For Protective Order (Related Doc # [286]). Signed on 08/17/2016. (Castellano, Nancy) (Entered: 08/17/2016) |
| 112. | 297 | 8/18/2016 | Order Granting Motion To Compel (Related Doc # 287). Signed on 8/17/2016. (Roman, Felipe) (Entered: 08/18/2016) |
| 113. | 298 | 8/19/2016 | Statement of Frederick Barton Danner Concerning Debtors' Motion to Extend the Section 105 Injunction Enjoining Defendants From Further Prosecuting Their Guaranty Lawsuits Filed by Edmund Aronowitz on behalf of Frederick Barton Danner. (Attachments: # 1 Exhibit A - Settlement and Forbearance Agreement # 2 Exhibit B - Letter Agreement) (Aronowitz, Edmund) (Entered: 08/19/2016) |

| Item # | Docket Number | Date | Document Title |
|--------|---------------|------|----------------|
| 114. | 299 | 8/19/2106 | List of Witnesses Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al.. (Zeiger, Jeffrey) (Entered: 08/19/2016) |
| 115. | 300 | 8/19/2016 | List of Exhibits Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al.. (Zeiger, Jeffrey) (Entered: 08/19/2016) |
| 116. | 301 | 8/19/2016 | Objection to (related document(s): 284 Motion to Extend Time) Filed by Timothy R Casey on behalf of Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, Trilogy Portfolio Company, LLC (Attachments: # 1 Exhibit A - Amendment to Guaranty and Pledge Agreement) (Casey, Timothy) (Entered: 08/19/2016) |
| 117. | 302 | 8/19/2016 | List of Exhibits Filed by Timothy R Casey on behalf of Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, Trilogy Portfolio Company, LLC. Casey, Timothy) (Entered: 08/19/2016) |
| 118. | 303 | 8/19/2016 | List of Witnesses Filed by Timothy R Casey on behalf of Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, Trilogy Portfolio Company, LLC. Casey, Timothy) (Entered: 08/19/2016) |
| 119. | 304 | 8/19/2016 | Objection to (related document(s): 284 Motion to Extend Time) Filed by Mark F Hebbeln on behalf of BOKF, N.A. (Hebbeln, Mark) (Entered: 08/19/2016) |
| 120. | 305 | 8/19/2016 | Objection to (related document(s): 284 Motion to Extend Time) Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Hoffmann, Timothy) (Entered: 08/19/2016) |
| 121. | 306 | 8/19/2016 | Response to (related document(s): 284 Motion to Extend Time) Filed by Brian L Shaw on behalf of Ad Hoc Committee of First Lien Bank Lenders (Shaw, Brian) (Entered: 08/19/2016) |
| 122. | 308 | 8/19/2016 | Joint List of Exhibits Filed by Timothy W Hoffmann on behalf of BOKF, N.A., Wilmington Savings Fund Society, FSB. (Hoffmann, Timothy) (Entered: 08/19/2016) |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 123. | 309 | 8/19/2016 | List of Witnesses Filed by Timothy W Hoffmann on behalf of BOKF, N.A., Wilmington Savings Fund Society, FSB. (Hoffmann, Timothy) (Entered: 08/19/2016) |
| 124. | 311 | 8/19/2016 | Designation of Deposition Testimony Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB. (Hoffmann, Timothy) (Entered: 08/19/2016) |
| 125. | 315 | 8/19/2016 | Statement -- Statement In Support Of Debtors' Motion To Extend the Section 105 Injunction Enjoining Defendants From Further Prosecuting Their Guaranty Lawsuits Filed by Julie A. Johnston-Ahlen on behalf of Wilmington Trust, National Association (RE: 284 Motion to Extend Time). (Johnston-Ahlen, Julie) (Entered: 08/19/2016) |
| 126. | 317 | 8/19/2016 | Statement /Caesars Entertainment Corporation's Statement in Support of Debtors' Motion to Extend the Section 105 Injunction Enjoining Defendants From Further Prosecuting Their Guaranty Lawsuits Filed by Angela M Allen on behalf of Caesars Entertainment Corporation (RE: 284 Motion to Extend Time). (Allen, Angela) (Entered: 08/19/2016) |
| 127. | 319 | 8/21/2016 | Statement - First Lien Notes Committee's Statement in Support of Debtors' Motion to Extend the Section 105 Injunction Enjoining Defendants from Further Prosecuting Their Guaranty Lawsuits Filed by Mark A Berkoff on behalf f First Lien Noteholders (RE: 284 Motion to Extend Time). (Attachments: # 1 Certificate of Service) (Berkoff, Mark) (Entered: 08/21/2016) |
| 128. | 321 | 8/22/2016 | Designation of Deposition Testimony Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB. (Hoffmann, Timothy) (Entered: 08/22/2016) |
| 129. | 322 | 8/22/2016 | Counter Designation of Deposition Testimony Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al. (RE: 311 Designation/Counter - Designation of Deposition Testimony). (Zeiger, Jeffrey) (Entered: 08/22/2016) |
| 130. | 324 | 8/22/2016 | Stipulation. Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB. (Hoffmann, Timothy) (Entered: 08/22/2016) |

| Item # | Docket Number | Date | Document Title |
|---|---|---|---|
| 131. | 325 | 8/22/2016 | Counter Designation of Deposition Testimony with Objection Filed by Timothy W Hoffmann on behalf of Wilmington Savings Fund Society, FSB (RE: 322 Designation/Counter - Designation of Deposition Testimony). (Hoffmann, Timothy) (Entered: 08/22/2016) |
| 132. | 327 | 8/22/2016 | Stipulation Stipulation Concerning 2L RSA Parties. Filed by Lars A Peterson on behalf of BOKF, N.A., Caesars Entertainment Operating Company, Inc., et al., Frederick Barton Danner, Relative Value-Long/Short Debt Portfolio, A Series of Underlying Funds Trust, Trilogy Portfolio Company, LLC, Wilmington Savings Fund Society, FSB. (Peterson, Lars) (Entered: 08/22/2016) |
| 133. | 329 | 8/23/2016 | Counter Designation of Deposition Testimony with Objection Filed by Jeffrey Zeiger on behalf of Caesars Entertainment Operating Company, Inc., et al. (RE: 321 Designation/Counter - Designation of Deposition Testimony).  (Zeiger, Jeffrey) (Entered: 08/23/2016) |
| 134. | 334 | 8/23/2016 | Response to (related document(s): 284 Motion to Extend Time) Filed by Paul V Possinger on behalf of The Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., et al. (Possinger, Paul) (Entered: 08/23/2016) |
| 135. | 338 | 08/25/2016 | Order requiring clerk of the court to file transcript of 7th Circuit argument. Signed on 8/25/2016 (Roman, Felipe) (Entered: 08/25/2016) |
| 136. | 339 | 8/25/2016 | Transcript of 7th Circuit argument (RE: 338 Order (Generic)). (Roman, Felipe) (Entered: 08/25/2016) |
| 137. | 342 | 8/26/2016 | Order denying debtors' motion to extend section 105 injunction |
| 138. | 343 | 8/26/2016 | Order denying debtors' oral motion for a stay pending appeal |

| Item # | Docket Number | Date | Document Title |
|--------|---------------|------|----------------|
| 139. | 344 | 8/26/2016 | Debtors' Notice of Appeal |
| 140. | | 8/26/2016 | Transcript of August 26, 2016 Hearing |
| 141. | | | Docket sheet for adversary proceeding through August 29, 2016 |

**B.     Exhibits Admitted Into Evidence During June 3-4, 2015 Hearing**

| Item # | Exhibit Number | Date | Bates Number / Description |
|--------|----------------|------|----------------------------|
| 142. | PX 1 | 6/3/2015 | CEOC_105_Adversary_001275 |
| 143. | PX 2 | 6/3/2015 | CEOC_105_Adversary_001424 |
| 144. | PX 3 | 6/3/2015 | *Amended Complaint,* Frederick Barton Danner v. Caesars Entertainment Corp. and Caesars Entertainment Operating Co., Inc., No. 14-cv-7973 SAS (S.D.N.Y. Feb. 19, 2015) |
| 145. | PX 4 | 6/3/2015 | CEOC_105_Adversary_001355 |
| 146. | PX 5 | 6/3/2015 | Civil Docket for Case No. 1:15-cv-01561-SAS, BOKF, N.A. v. Caesars Entertainment Corporation |
| 147. | PX 6 | 6/3/2015 | Civil Docket for Case No. 1:14-cv-07091-SAS, Meehancombs Global Credit Opportunities Master Fund, LP et al v. Caesars Entertainment Corporation et al. |
| 148. | PX 7 | 6/3/2015 | Civil Docket for Case No. 1:14-cv-07973-SAS, Danner v. Caesars Entertainment Corporation et al. |
| 149. | PX 8 | 6/3/2015 | CEOC_105_Adversary_007676 |
| 150. | PX 9 | 6/3/2015 | February 13, 2015 WSFS Letter to Harrah's Entertainment, Inc. Re: Demand For Payment of Guaranteed Obligations |
| 151. | PX 10 | 6/3/2015 | February 18, 2015 BOKF, N.A. Letter to Harrah's Entertainment, Inc. Re: Demand For Payment of Guaranteed Obligations |

20

| Item # | Exhibit Number | Date | Bates Number / Description |
|---|---|---|---|
| 152. | PX 11 | 6/3/2015 | CEOC_105_Adversary_002293 |
| 153. | PX 12 | 6/3/2015 | April 6, 2015 Jones Day Letter to Philippe Adler Re: Wilmington Savings Fund Society, FSB v. Caesars Entertainment Corp., No. 10004-VCG (Del. Ch.) |
| 154. | PX 13 | 6/3/2015 | CEOC_105_Adversary_002305 |
| 155. | PX 15 | 6/3/2015 | CEOC_105_Adversary_007751 |
| 156. | PX 16 | 6/3/2015 | May 20, 2015 Transcript of Proceedings MeehanCombs v. Caesars Entertainment Corp. and Caesars Entertainment Operating Co., Inc., No. 14 Civ. 7091 (SAS) |
| 157. | PX 18 | 6/3/2015 | CEC_ADVPROC_00000109 |
| 158. | PX 19 | 6/3/2015 | CEC_ADVPROC_00001437 |
| 159. | PX 20 | 6/3/2015 | Third Amended Restructuring Support and Forbearance Agreement dated January 13, 2015 [Dkt. No. 4-1] |
| 160. | PX 22 | 6/3/2015 | CEC_ADVPROC_00001888 |
| 161. | PX 24 | 6/3/2015 | CEOC_105_Adversary_000001 |
| 162. | PX 26 | 6/3/2015 | CEOC_105_Adversary_006218 |
| 163. | PX 31 | 6/3/2015 | CEC_ADVPROC_00007315 |
| 164. | PX 32 | 6/3/2015 | Caesars Entertainment Corp., Form 8-K, filed April 20, 2015 |
| 165. | PX 34 | 6/3/2015 | CEOC_105_Adversary_007684 |
| 166. | PX 35 | 6/3/2015 | CEOC_105_Adversary_007673 |
| 167. | PX 40 | 6/3/2015 | CEOC_105_Adversary_000817 |
| 168. | PX 41 | 6/3/2015 | CEOC_105_Adversary_000893 |
| 169. | PX 42 | 6/3/2015 | CEOC_105_Adversary_000026 |
| 170. | PX 43 | 6/3/2015 | CEOC_105_Adversary_000237 |
| 171. | PX 44 | 6/3/2015 | CEOC_105_Adversary_000245 |
| 172. | PX 45 | 6/3/2015 | CEOC_105_Adversary_000299 |

| Item # | Exhibit Number | Date | Bates Number / Description |
|--------|---------------|------|---------------------------|
| 173. | PX 46 | 6/3/2015 | CEOC_105_Adversary_000525 |
| 174. | PX 47 | 6/3/2015 | CEOC_105_Adversary_000532 |
| 175. | PX 48 | 6/3/2015 | CEOC_105_Adversary_007002 |
| 176. | PX 49 | 6/3/2015 | CEOC_105_Adversary_006630 |
| 177. | PX 50 | 6/3/2015 | CEOC_105_Adversary_006717 |
| 178. | PX 51 | 6/3/2015 | CEOC_105_Adversary_006627 |
| 179. | PX 52 | 6/3/2015 | CEOC_105_Adversary_000627 |
| 180. | PX 53 | 6/3/2015 | CEOC_105_Adversary_000622 |
| 181. | PX 54 | 6/3/2015 | CEOC_105_Adversary_000618 |
| 182. | PX 55 | 6/3/2015 | CEOC_105_Adversary_007450 |
| 183. | PX 56 | 6/3/2015 | CEOC_105_Adversary_006637 |
| 184. | PX 57 | 6/3/2015 | CEOC_105_Adversary_006621 |
| 185. | PX 58 | 6/3/2015 | CEOC_105_Adversary_007227 |
| 186. | PX 59 | 6/3/2015 | CEOC_105_Adversary_006665 |
| 187. | PX 60 | 6/3/2015 | CEOC_105_Adversary_006759 |
| 188. | PX 61 | 6/3/2015 | CEOC_105_Adversary_006829 |
| 189. | PX 62 | 6/3/2015 | CEOC_105_Adversary_006646 |
| 190. | PX 63 | 6/3/2015 | CEOC_105_Adversary_006635 |
| 191. | PX 64 | 6/3/2015 | CEOC_105_Adversary_006624 |
| 192. | PX 65 | 6/3/2015 | CEOC_105_Adversary_002951 |
| 193. | PX 66 | 6/3/2015 | CEOC_105_Adversary_001256 |
| 194. | PX 67 | 6/3/2015 | CEOC_105_Adversary_001249 |

| Item # | Exhibit Number | Date | Bates Number / Description |
|---|---|---|---|
| 195. | PX 68 | 6/3/2015 | CEOC_105_Adversary_003712 |
| 196. | PX 69 | 6/3/2015 | CEOC_105_Adversary_001252 |
| 197. | PX 70 | 6/3/2015 | CEOC_105_Adversary_003724 |
| 198. | PX 71 | 6/3/2015 | CEOC_105_Adversary_002066 |
| 199. | PX 72 | 6/3/2015 | CEOC_105_Adversary_003263 |
| 200. | PX 73 | 6/3/2015 | CEOC_105_Adversary_003742 |
| 201. | PX 74 | 6/3/2015 | CEOC_105_Adversary_003747 |
| 202. | PX 75 | 6/3/2015 | CEOC_105_Adversary_003753 |
| 203. | PX 76 | 6/3/2015 | CEOC_105_Adversary_003751 |
| 204. | PX 77 | 6/3/2015 | CEOC_105_Adversary_003756 |
| 205. | PX 78 | 6/3/2015 | "CEOC Notes" (Admitted as Demonstrative Only) |
| 206. | PX 79 | 6/3/2015 | "CEOC Funded Debt" (Admitted as Demonstrative Only) |
| 207. | PX 80 | 6/3/2015 | "Plaintiffs in Guarantee Actions" (Admitted as Demonstrative Only) |
| 208. | PX 80A | 6/4/2015 | "Plaintiffs in Guarantee Actions" - Amended (Admitted as Demonstrative Only) |
| 209. | PX 81 | 6/3/2015 | "Indenture Language" (Admitted as Demonstrative Only) |
| 210. | PX 82 | 6/3/2015 | "CEC Available Cash" (Admitted as Demonstrative Only) |
| 211. | PX 83 | 6/3/2015 | "CEC Distributable Cash" (Admitted as Demonstrative Only) |
| 212. | PX 84 | 6/3/2015 | "Likelihood of Successful Reorganization" (Admitted as Demonstrative Only) |
| 213. | PX 85 | 6/4/2015 | Notice of Amended Motion of the Examiner for Entry of an Agreed Order on Interviews and Depositions by the Examiner Filed by Daniel J McGuire on behalf of Richard J Davis. (Dkt. 1709) |
| 214. | DJX 1 | 6/3/2015 | CEC_ADVPROC_00001365-1378 |
| 215. | DJX 2 | 6/3/2015 | CEC_ADVPROC_00001307-1323 |

| Item # | Exhibit Number | Date | Bates Number / Description |
|--------|----------------|------|----------------------------|
| 216. | DJX 3 | 6/3/2015 | AIG management liability insurance policy, *In re: Caesars Entertainment Operating Co., Inc. et al.,* Case No. 15-01145 (ABG) (Bankr. N.D. Ill.) (Dkt. 5, Ex. F) |
| 217. | DJX 4 | 6/3/2015 | CEOC_105_Adversary_003173-3190 |
| 218. | DJX 5 | 6/3/2015 | CEOC_105_Adversary_003080-3086 |
| 219. | DJX 6 | 6/3/2015 | CEOC_105_Adversary_003099-3112 |
| 220. | DJX 7 | 6/3/2015 | CEOC_105_Adversary_003123-3130 |
| 221. | DJX 8 | 6/3/2015 | CEOC_105_Adversary_003131-3139 |
| 222. | DJX 9 | 6/3/2015 | CEC_ADVPROC_00001342-1348 |
| 223. | DJX 10 | 6/3/2015 | CEC_ADVPROC_00001379-1400 |
| 224. | DJX 11 | 6/3/2015 | CEOC_105_Adversary_003310-3311 |
| 225. | DJX 12 | 6/3/2015 | CEC_ADVPROC_00001349-1364 |
| 226. | DJX 13 | 6/3/2015 | CEC_ADVPROC_00001401-1411 |
| 227. | DJX 14 | 6/3/2015 | CEOC_105_Adversary_003140-3162 |
| 228. | DJX 15 | 6/3/2015 | CEC_ADVPROC_00001424-1436 |
| 229. | DJX 16 | 6/3/2015 | CEC_ADVPROC_00001324-1341 |
| 230. | DJX 17 | 6/3/2015 | CEOC_105_Adversary_003700 |
| 231. | DJX 18 | 6/3/2015 | CEOC_105_Adversary_003701 |
| 232. | DJX 19 | 6/3/2015 | CEOC_105_Adversary_003676 |
| 233. | DJX 20 | 6/3/2015 | CEOC_105_Adversary_003278 |
| 234. | DJX 21 | 6/3/2015 | CEOC_105_Adversary_003290 |
| 235. | DJX 22 | 6/3/2015 | CEOC_105_Adversary_003262 |
| 236. | DJX 23 | 6/3/2015 | Letter from AIG to Zerhusen, dated 10/17/2014, *In re: Caesars Entertainment Operating Co., Inc. et al.,* Case No. 15-01145 (ABG) (Bankr. N.D. Ill.) (Dkt. 5, Ex. G) |

24

| Item # | Exhibit Number | Date | Bates Number / Description |
|--------|----------------|------|----------------------------|
| 237. | DJX 24 | 6/3/2015 | Letter from AIG to Zerhusen, dated 10/31/2014, *In re: Caesars Entertainment Operating Co., Inc. et al.*, Case No. 15-01145 (ABG) (Bankr. N.D. Ill.) (Dkt. 5, Ex. H) |
| 238. | DJX 25 | 6/3/2015 | CEOC_105_Adversary_003306-3309 |
| 239. | DJX 26 | 6/3/2015 | CEC_ADVPROC_00001412-1423 |
| 240. | DJX 27 | 6/3/2015 | CEOC_105_Adversary_003113-3122 |
| 241. | DJX 28 | 6/3/2015 | CEC_ADVPROC_00001285-1306 |
| 242. | DJX 29 | 6/3/2015 | CEOC_105_Adversary_004515-4519 |
| 243. | DJX 33 | 6/4/2015 | CEC_ADVPROC_00007332-7344 |
| 244. | DJX 34 | 6/4/2015 | CEOC_INVESTIG_00081154-81163 |
| 245. | DJX 36 | 6/3/2015 | CEC Form 10-Q, for period ended 03/31/2015 |
| 246. | DJX 37 | 6/3/2015 | CEC_ADVPROC_00000109-190 |
| 247. | DJX 39 | 6/3/2015 | CEC_ADVPROC_00001888-1910 |
| 248. | DJX 40 | 6/3/2015 | CEC Responses and Objections to First Request for Interrogatories from Defendant WSFS |
| 249. | DJX 41 | 6/3/2015 | Complaint, *BOKF, N.A. v. Caesars Entertainment Corp.*, Case No. 15-cv-01561 (SAS) (S.D.N.Y.) |
| 250. | DJX 42 | 6/3/2015 | Complaint, *Frederick Barton Danner, individually and on behalf of all others similarly situated v. Caesars Entertainment Corp. et al.*, Case No. 14-cv-07973 (SAS) (S.D.N.Y.) |
| 251. | DJX 43 | 6/3/2015 | Complaint, *MeehanCombs Global Credit Opportunities Master Fund, LP et al. v. Caesars Entertainment Corp. et al.*, Case No. 14-cv-07091(SAS) (S.D.N.Y.) |
| 252. | DJX 44 | 6/3/2015 | Complaint, *Wilmington Saving Fund Society, FSB v. Caesars Entertainment Corp. et al.*, C.A. No. 10004-VCG (Del. Ch.) |
| 253. | DJX 45 | 6/3/2015 | Complaint for Declaratory and Injunctive Relief (Dkt. 1) |
| 254. | DJX 46 | 6/3/2015 | Notice of Debtors' Motion to Stay and Motion to Stay (Dkt. 4) |
| 255. | DJX 47 | 6/3/2015 | Debtors' Motion to for Entry of an Order to Assume RSA, *In re: Caesars Entertainment Operating Co., Inc. et al.*, Case No. 15-01145 (ABG) (Bankr. N.D. Ill.) (Dkt. 260) |

| Item # | Exhibit Number | Date | Bates Number / Description |
|---|---|---|---|
| 256. | DJX 48 | 6/3/2015 | Debtors' Response to WSFS Notice of 30(b)(6) Deposition |
| 257. | DJX 49 | 6/3/2015 | Debtors' Witness List for Hearing on Motion to Stay (Dkt. 117) |
| 258. | DJX 50 | 6/3/2015 | Declaration of Randall S. Eisenberg in Support of First Day Pleadings, *In re: Caesars Entertainment Operating Co., Inc. et al.,* Case No. 15-01145 (ABG) (Bankr. N.D. Ill.) |
| 259. | DJX 58 | 6/3/2015 | Email from Brown to Geremia and others, dated 05/14/2015, and chain |
| 260. | DJX 68 | 6/3/2015 | CEOC_105_Adversary_007673-7675 |
| 261. | DJX 69 | 6/4/2015 | *MeehanCombs Global Credit Opportunities Funds, LP v. Caesars Entertainment Corp.,* No. 14-CV-7091 SAS, 2015 WL 221055 (S.D.N.Y. Jan. 15, 2015) |
| 262. | DJX 70 | 6/4/2015 | Memorandum Opinion on Motion to Dismiss or Stay, issued by Vice Chancellor Glasscock, *Wilmington Saving Fund Society, FSB v. Caesars Entertainment Corp. et al.,* C.A. No. 10004-VCG (Del. Ch.) |
| 263. | DJX 73 | 6/3/2015 | Notice of Filing of the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code, *In re: Caesars Entertainment Operating Co., Inc. et al.,* Case No. 15-01145 (ABG) (Bankr. N.D. Ill.) (Dkt. 555) |
| 264. | DJX 74 | 6/3/2015 | Notice and Debtors' Motion to Extend Their Exclusive Periods, *In re: Caesars Entertainment Operating Co., Inc. et al.,* Case No. 15-01145 (ABG) (Bankr. N.D. Ill.) (Dkt. 1173) |
| 265. | DJX 75 | 6/3/2015 | Notice of Filing of the Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code, *In re: Caesars Entertainment Operating Co., Inc. et al.,* Case No. 15-01145 (ABG) (Bankr. N.D. Ill.) (Dkt. 556) |
| 266. | DJX 77 | 6/4/2015 | Order on Motion to Dismiss or Stay, issued by Vice Chancellor Glasscock, *Wilmington Saving Fund Society, FSB v. Caesars Entertainment Corp. et al.,* C.A. No. 10004-VCG (Del. Ch.) |
| 267. | DJX 80 | 6/3/2015 | Scheduling Order, *MeehanCombs Global Credit Opportunities Master Fund, LP et al. v. Caesars Entertainment Corp. et al.,* Case No. 14-cv-07091(SAS) (S.D.N.Y.); *Danner v. Caesars Entertainment Corp. et al.,* Case No. 14-cv-07973 (SAS) (S.D.N.Y.) |

| Item # | Exhibit Number | Date | Bates Number / Description |
|---|---|---|---|
| 268. | DJX 85 | 6/3/2015 | Letter from Kirkland & Ellis to Geremia, dated 04/28/2015 |
| 269. | DJX 101 | 6/3/2015 | Debtors' Responses and Objections to Danner's First Set of Interrogatories Directed to Debtors |
| 270. | DJX 102 | 6/3/2015 | Debtors' First Supplemental Responses and Objections to Danner's First Set of Interrogatories Directed to Debtors |
| 271. | DJX 103 | 6/3/2015 | Debtors' Response to Defendant Danner's Notice of 30(b)(6) deposition |
| 272. | DJX 108 | 6/3/2015 | CEC Current Report (Form 8-K) filed on April 20, 2015 |
| 273. | DJX 109 | 6/3/2015 | Petitioning Creditors Motion to Appoint Examiner With Access to and Authority to Disclose Privileged Materials, *In re: Caesars Entertainment Operating Co., Inc. et al., Alleged Debtor,* Case No. 15-10047 (KG) (Bankr. D. Del.) (Dkt. 10) |
| 274. | DJX 110 | 6/3/2015 | Debtors' Notice of Motion and Motion to Appoint a Disinterested Person to be Appointed by the Office of the United States Trustee as Examiner, *In re: Caesars Entertainment Operating Co., Inc. et al.,* Case No. 15-01145 (ABG) (Bankr. N.D. Ill.) (Dkt. 363) |
| 275. | DJX 113 | 6/3/2015 | Order Granting in part, Denying in part Motion to Appoint Examiner, *In re: Caesars Entertainment Operating Co., Inc. et al.,* Case No. 15-01145 (ABG) (Bankr. N.D. Ill.) (Dkt. 675) |
| 276. | DJX 129 | 6/3/2015 | Debtors' Objections and Responses to BOKF's Interrogatories |
| 277. | DJX 133 | 6/3/2015 | Debtors' Objections and Responses to BOKF's 30(b)(6) Cross-Notice |
| 278. | DJX 136 | 6/4/2015 | May 28, 2015 Scheduling Order, *BOKF N.A. v. CEC,* 15-cv-1561(SAS). |
| 279. | DJX 137 | 6/4/2015 | June 2, 2015 Amended Scheduling Order, *BOKF N.A. v. CEC,* 15-cv-1561(SAS) |
| 280. | MX 1 | 6/3/2015 | Amended Complaint, *Meehancombs Global Credit Opportunities Master Fund, LP et al. v. Caesars Entertainment Corp. et al.,* Case No. 14-cv-07091(SAS) (S.D.N.Y.) [D.I. 31] |
| 281. | MX 9 | 6/3/2015 | 04/17/15 Debtors' Responses & Objections to the First Request for the Production of Documents from MeehanCombs Defendants |
| 282. | MX 10 | 6/3/2015 | 04/17/15 Debtors' Responses & Objections to the First Set of Requests for Admission from MeehanCombs Defendants |

| Item # | Exhibit Number | Date | Bates Number / Description |
|---|---|---|---|
| 283. | MX 11 | 6/3/2015 | 04/24/15 Debtors' Supplemental Responses & Objections to the First Set of Interrogatories from MeehanCombs Defendants |
| 284. | MX 14 | 6/3/2015 | CEOC_105_Adversary_000893-962 |
| 285. | MX 15 | 6/3/2015 | CEOC_105_Adversary_000817-892 |
| 286. | MX 16 | 6/3/2015 | Charts Depicting Directors & Officers Liability Insurance for 2014 and 2015 policy periods |
| 287. | MX 17 | 6/3/2015 | CEC_ADVPROC_00007323 |
| 288. | MX 19 | 6/4/2015 | 01/15/15 Memorandum in Support of Chapter 11 Petitions [D.I. 4] |

### C.    Exhibits Admitted Into Evidence During June 6-13, 2016 Hearing

| Item # | Exhibit Number | Date | Bates Number / Description |
|---|---|---|---|
| 289. | PX2 | 6/8/2016 | Caesars Entertainment Corp. Form 10-Q (Filed 5/5/16 for the Period Ending 3/31/16) |
| 290. | PX5 | | Email from Christopher Harris to David Seligman (5/15/16 11:57 AM) |
| 291. | PX6 | | Caesars Entertainment Corp. Form 8-K (Filed 6/8/16 for the Period Ending 6/7/16) |
| 292. | DX1 | | Letter from James H. Millar to Judge Joseph J. Farnan, Jr. (4/14/16) |
| 293. | DX3 | | |
| 294. | DX4 | | Mediation Protocol Agreement dated March 28, 2016 |
| 295. | DX5 | | |

### D.    Exhibits Admitted Into Evidence During August 23-25, 2016 Hearing

| Item # | Exhibit Number | Date | Bates Number / Description |
|---|---|---|---|
| 296. | PX1 | | CEOC_105_Adversary_008390 |
| 297. | PX2 | | CEOC_105_Adversary_008847 |

| Item # | Exhibit Number | Date | Bates Number / Description |
|---|---|---|---|
| 298. | PX3 | | CEOC_105_Adversary_008690 |
| 299. | PX4 | | CEOC_105_Adversary_009496 |
| 300. | PX5 | | CEOC_105_Adversary_008444 |
| 301. | PX6 | | CEOC_105_Adversary_008601 |
| 302. | PX7 | | CEOC_105_Adversary_009602 |
| 303. | PX8 | | CEOC_105_Adversary_009604 |
| 304. | PX9 | | CEOC_105_Adversary_009034 |
| 305. | PX16 | | Mediator Statement Submitted by Joseph J. Farnan [Dkt. 293] |
| 306. | PX17 | | Caesars Entertainment Corp. Form 10-Q (Filed 8/2/16 for the Period Ending 6/30/2016) |
| 307. | PX21 | | Debtors' Exhibit 1 (Brownbein Hyatt deposition) |
| 308. | PX22 | | Debtors' Exhibit 2 (Brownbein Hyatt deposition) |
| 309. | PX23 | | Debtors' Exhibit 3 (Brownbein Hyatt deposition) |
| 310. | PX24 | | Debtors' Exhibit 4 (Brownbein Hyatt deposition) |
| 311. | PX25 | | Debtors' Exhibit 5 (Brownbein Hyatt deposition) |
| 312. | PX26 | | Debtors' Exhibit 6 (Brownbein Hyatt deposition) |
| 313. | PX27 | | Debtors' Exhibit 7 (Brownbein Hyatt deposition) |
| 314. | PDX1 | | Millstein & Co. Summary of RSAs demonstrative |
| 315. | PDX2 | | Millstein & Co. Approximate Cost to Sponsors/Hamlet demonstrative |
| 316. | DX16 | | Lampkin Deposition Exhibit 002A |
| 317. | DX17 | | Lampkin Deposition Exhibit 002B |
| 318. | DX18 | | Lampkin Deposition Exhibit 003 |
| 319. | DX19 | | Lampkin Deposition Exhibit 004 |

| Item # | Exhibit Number | Date | Bates Number / Description |
|---|---|---|---|
| 320. | DX20 | | Lampkin Deposition Exhibit 005 |
| 321. | DX21 | | Lampkin Deposition Exhibit 006 |
| 322. | DX22 | | Lampkin Deposition Exhibit 007 |
| 323. | DX23 | | Lampkin Deposition Exhibit 008 |
| 324. | DX24 | | Subsidiary Debtors' Omnibus Objection to Unsecured Deficiency Claims Asserted By (A) Claim Number 2806 Filed By Delaware Trust Company, (B) Claim Number 2849 Filed By Delaware Trust Company, (C) Claim Number 3269 Filed By Wilmington Savings Fund Society, FSB, and (D) Claim Number 3344 Filed By BOKF, N.A. (Dkt. 3916] |
| 325. | DX25 | | Debtors' Omnibus Objection To Unmatured Interest Asserted in (A) Claim Number 2849 Filed By Delaware Trust Company, (B) Claim Number 3269 Filed By Wilmington Savings Fund Society, FSB, and (C) Claim Number 3344 Filed By BOKF, N.A. [Dkt. 3915] |
| 326. | DX26 | | Complaint To Avoid Preferential Transfers, Adv. P. 16-00345 |
| 327. | DX39 | | Email from Paul S. Aronzon to Bruce Bennett (8/18/2016 4:09 PM) |
| 328. | DPX6 | | |

## II. DESIGNATION OF ISSUES ON APPEAL

1. Whether the bankruptcy court erred in concluding an injunction should not be granted under 11 U.S.C. § 105(a) to enjoin an action against a non-debtor that threatens the integrity of debtor's bankruptcy estate or the administration of the estate unless it enhances the prospects for a fully consensual reorganization.

2. Whether the bankruptcy court erred in concluding that an injunction should not be granted under 11 U.S.C. § 105(a) to enjoin an action against a non-debtor that threatens

the integrity of debtor's bankruptcy estate or the administration of the estate through plan

confirmation.

3.      Whether the Debtors are entitled to injunctive relief.

Dated:  August 29, 2016                      */s/ David J. Zott, P.C.*
Chicago, Illinois                            James H.M. Sprayregen, P.C.
                                             David R. Seligman, P.C.
                                             David J. Zott, P.C.
                                             Jeffrey J. Zeiger, P.C.
                                             **KIRKLAND & ELLIS LLP**
                                             **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                             300 North LaSalle
                                             Chicago, Illinois 60654
                                             Telephone:     (312) 862-2000
                                             Facsimile:     (312) 862-2200

                                                     - and -

                                             Paul M. Basta, P.C. (admitted *pro hac vice*)
                                             Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
                                             **KIRKLAND & ELLIS LLP**
                                             **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                             601 Lexington Avenue
                                             New York, New York 10022-4611
                                             Telephone:     (212) 446-4800

                                             *Counsel to the Debtors and Debtors in Possession*

31