TIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: CAESARS ENTERTAINMENT )<br>OPERATING COMPANY, INC., ET AL., )<br>       )<br>    Debtors. )<br>_____)<br>       )<br>CAESARS ENTERTAINMENT OPERATING )<br>COMPANY, INC. et al., )<br>       )<br>    Appellants, )<br>    v. )<br>       )<br>BOKF, N.A., WILMINGTON SAVINGS FUND )<br>SOCIETY, FSB, MEEHANCOMBS GLOBAL )<br>CREDIT OPPORTUNITIES MASTER FUND, LP, )<br>RELATIVE VALUE-LONG/SHORT DEBT )<br>PORTFOLIO, a Series of Underlying Funds Trust, )<br>SB 4 CF LLC, CFIP ULTRA MASTER FUND, )<br>LTD., TRILOGY PORTFOLIO COMPANY, LLC, )<br>and FREDRICK BARTON DANNER, )<br>       )<br>    Appellees. ) | No. 16 C 8423<br><br>Judge Robert W. Gettleman<br><br>Chapter 11 Case No. 15-01145<br>Adversary Proceeding No. 15-00149 |

**<u>ORDER</u>**

This matter came before the court for argument and ruling on plaintiffs/appellants' appeal from the order of the bankruptcy court dated August 26, 2016, and the appellees' motion to dismiss the appeal (Doc. 72). For the reasons stated and discussed on the record, it is hereby ordered:

1. By agreement of the parties, the motion to dismiss the appeal (Doc. 72) is withdrawn.

2. By agreement of the parties, this appeal is dismissed.

3.   Based on the representation of appellee Trilogy Portfolio Company, LLC ("Trilogy") that Trilogy would be filing a notice of appeal of the bankruptcy court's Order Granting Motion for Section 105 Injunction Barring Defendants from Prosecuting Guaranty Actions earlier this date, October 5, 2016 (Bankruptcy Doc. 391), the following briefing schedule has been agreed to by the parties: appellant Trilogy's opening brief shall be filed on or before October 26, 2016; the debtors-appellees' brief shall be filed on or before November 16, 2016; and the appellants' reply brief shall be filed on or before November 21, 2016. Two courtesy copies of each brief shall be filed with Judge Gettleman's chambers on the date the briefs are filed. Oral argument and ruling on that appeal are set for December 5, 2016, at 10:00 a.m.

**ENTER:**   **October 5, 2016**

_____
  Robert W. Gettleman
  United States District Judge